No. 231. McMahon *v.* City of Dubuque, Iowa. C. A. 8th Cir. Certiorari denied. *E. Marshall Thomas* for petitioner. *Brice W. Rhyne* and *T. H. Nelson* for respondent.

No. 238. Walters et al. *v.* United States. C. A. 9th Cir. Certiorari denied. *Charles S. Burdell* for petitioners. *Solicitor General Rankin* for the United States.

No. 239. Romm *v.* Commissioner of Internal Revenue. C. A. 4th Cir. Certiorari denied. *Warren W. Grimes* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 243. Field *v.* Oberwortmann et al. Appellate Court of Illinois, First District. Certiorari denied. *Leonard L. Cowan* for petitioner. *Perry S. Patterson* for respondents.

No. 245. Hanson *v.* United States. C. A. 6th Cir. Certiorari denied. *Carl J. Batter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 247. Rosenfield, Administrator, *v.* United States. C. A. 3d Cir. Certiorari denied. *John Rogers Carroll* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Oehmann, L. W. Post* and *Louise Foster* for the United States.